**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| CASTLE 8604, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:26-cv-105 |
| | ) |
| SELECTIVE INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, Selective Insurance Company of America (hereinafter "Selective"), pursuant to 28 U.S.C. §1446, hereby removes the above-captioned action, pending in the Marion County Superior Court as Cause No. 49D06-2512-PL-059074 to the United States District Court for the Southern District of Indiana. Removal is based upon 28 U.S.C. § 1332. As grounds for removal, Selective state as follows:

1. Plaintiff, Castle 8604, LLC, (hereinafter "Plaintiff"), filed a Complaint in the Marion County Superior Court under Cause No. 49D06-2512-PL-059074 (the "State Court Case"). A true and complete to date copy of the State Court Record, as of the date of removal, is attached as **Exhibit 1** including:

    a. Complaint; Appearance for Ryan Leagre on behalf of Plaintiff; Appearance for Sarah Brown on behalf of Plaintiff, Certified Mail Summons to Selective Insurance Company of America; Appearance for Dennis M. Dolan on behalf of Selective Insurance Company of America.

2. Plaintiff initiated the State Court Case against Selective in relation to damage at a property owned by Plaintiff located at 8606 Allisonville Road, Indianapolis, Indiana 46250 ("the Property"). Plaintiff asserts claims for declaratory judgement, breach of contract, and bad faith denial

of coverage arising from a dispute relating to a Commercial Property Policy ("the Policy") issued by Selective to Plaintiff. A true copy of the State Court Case Complaint with Summons are attached hereto as **Exhibit 2.**

3. Plaintiff seeks a declaratory judgement that Selective had a duty, pursuant to the Policy, to indemnify Plaintiffs up to the full amount of the Policy. Plaintiffs also seek damages for breach of contract, bad faith denial of coverage, court costs, prejudgment interest, and attorney fees.

4. Plaintiff asserts that the amount of the loss is over $1 million and seeks that amount from Selective under the Policy.

5. Plaintiff seeks over $75,000 in alleged damages.

6. There is complete diversity of citizenship among the parties.

7. Castle 8604, LLC is an Indiana company with its principal place of business at 1411 Roosevelt Avenue, Suite 104, Indianapolis, IN, 46201. Plaintiff is a citizen of Indiana. Castle 8604, LLC has a single member that, upon information and belief, is not a citizen of New Jersey.

8. Selective is a Corporation organized under the laws of New Jersey with its principal place of business in Branchville, New Jersey. Selective is a citizen of New Jersey.

9. Pursuant to 28 U.S.C. § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

10. This matter is properly removed pursuant to 28 U.S.C. §1441, which permits removal of cases to federal court based on diversity of citizenship.

11. Defendant served the summons via certified mail dated December 16, 2025. Selective received the summons and complaint on December 18, 2025.

12. This notice is timely. See 28 U.S.C. §1446(b). January 17, 2026 was a Saturday and January 20, 2026 is the first subsequent day that was not a weekend day or federal holiday. See FRCP 6(a)(2)(C).

13. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

14. Defendants will also file its "Notice of Filing Notice of Removal" with the Marion County Superior Court and then serve a copy upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

WHEREFORE, this Action should proceed in the United States District Court for the Southern District of Indiana, Indianapolis Division, as an action properly removed thereto.

DATED: January 20, 2026                                   Respectfully Submitted,


                                                          By:   /s/ Dennis M. Dolan
                                                                Attorney for Defendant, Selective
                                                                Insurance Company of America


**Attorney for Defendant**
Dennis M. Dolan, Attorney # 34423-45
Litchfield Cavo LLP
3235 45th Street, Suite 302
Highland, Indiana 46322
Phone: (312) 781-6584
dolan@litchfieldcavo.com

3